UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Sondra Brown,

        Plaintiff,

v.                                                                                          Case No. 1:10-cv-883

Shermeta, Adams & Von Allmen, PC ,                          HONORABLE PAUL L. MALONEY

        Defendant.

_____/


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Shermeta, Adams & Von Allmen, PC has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Shermeta, Adams & Von Allmen, PC shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date:  October 12, 2010                              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge