UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

SONDRA BROWN,

       Plaintiff,

v

SHERMETA, ADAMS & VON ALLMEN, PC, A
Michigan Professional Corporation,

       Defendant.

_____/

Case No. 1:010-cv-883

Hon. Paul L. Maloney
United States District Judge

**ORDER OF DISMISSAL**

| | |
|---|---|
| Phillip C. Rogers (P34356)<br>Attorney for Plaintiff<br>40 Pearl Street, NW, Suite 336<br>Grand Rapids, MI 49503<br>(616) 776-1176 | Timothy F. Sheridan (P52870)<br>Plunkett Cooney<br>Attorneys for Defendant<br>333 Bridge Street NW Ste 530<br>Grand Rapids, MI  49504<br>(616) 752-4600 |

---

The parties having executed and filed a Stipulation of Dismissal in this matter and the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as to all parties.

This resolves the last pending issue, and this case may be administratively closed.

Date:   November 10, 2010

               /s/ Paul L. Maloney
               Hon. Paul L. Maloney
               United States District Court Judge

Open.20574.02925.10375660-1